STATE v. ELIJAH McCOURY.

*Appeal In Forma Pauperis—The Code,* § 1235.

[See head-note to State *v.* Tow, *ante*, p. 350.]

MOTION, by the Attorney General in this Court, to dismiss the appeal.

The defendant was allowed to appeal *in forma pauperis* by an order made by *Clark, J.,* at the Fall Term, 1888, of YANCEY Superior Court.

*Attorney General,* for the State.
No counsel for the defendant.

SMITH, C. J.    The conviction and judgment in this case was upon an indictment for carrying a pistol concealed about the person of the defendant, and leave to appeal was given without security, upon an affidavit in which appears the same fatal defect as that of *State* v. *Tow.* It must be disposed of in the same manner.

Appeal dismissed.